# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DIVISION, DISTRICT OF UTAH

| | | |
|---|---|---|
| YASLAM ISSA, | : | Civil No. 2:07-cv-00451 |
| Plaintiff, | : | REPORT & RECOMMENDATION |
| vs. | : | DISTRICT COURT JUDGE DEE BENSON |
| C.R. ENGLAND, INC., | : | MAGISTRATE JUDGE BROOKE C. WELLS |
| Defendant. | | |

On April 30, 2009, this Court issued an Order To Show Cause[1] giving plaintiff fifteen days within which to show "good cause" as to why service had not been effected upon defendant within 120 days of filing the complaint. On May 15, 2009, plaintiff filed an insufficient response that is unsubstantiated and fails to set forth good cause for the failure to serve.

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), this Court recommends that the action be dismissed.[2] Copies of the foregoing report and

---

[1] Document Number 7.

[2] Federal Rule of Civil Procedure 4(m) states: "If a defendant is not served within 120 days after the complaint is filed, the court— on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against the defendant or order that service be made within a specified time."

recommendation are being mailed to all parties who are hereby notified of their right to object. The parties must file a specific written objection within fourteen days (14) days after being served with a copy.[3] Failure to object may constitute a waiver thereof.

DATED this 21 day of November, 2011

BY THE COURT:

Brooke C. Wells
United States Magistrate Judge

---

[3]Fed. R. Civ. P. 72(b)(2).