IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| YASLAM ISSA,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>C.R. ENGLAND, INC.,<br><br>Defendant. | <br><br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION<br><br><br><br>Case No. 2:07CV451<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on November 21, 2011, recommending that the above captioned case filed by Plaintiff be dismissed.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  Neither party has filed such an objection.

1

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation.  Accordingly, the Court hereby orders that this action is DISMISSED.

IT IS SO ORDERED.

DATED this 14th day of December, 2011.

_____
Dee Benson
United States District Judge